UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re: Frank E. Smith            Case No. 10-32479
                                            Chapter 13
       Debtor(s)

ORDER TO INCUR DEBT

This matter came to be heard upon the Motion of the Debtor for the authority to purchase a vehicle, and it appearing to the Court that the debtor has the opportunity to purchase a Jeep Wrangler (or similar vehicle) from Santander Consumer USA Inc, with a loan amount not to exceed $17,650, with an interest rate not to exceed 12%, and monthly payments not to exceed $420.00 for 72 months and that the Debtor has funds in his budget with which to make this payment due to the completion of loan payments on his wife's vehicle; and

The Court further determining that it would be in the best interest of the debtor and parties in interest in this case to allow this purchase to take place since the debtor needs a new vehicle in order to have a more economical source of transportation to his employment. His current vehicle is a 1997 Chevrolet Suburban, which is expensive on gas and repairs. For these reasons and other good cause shown, it is hereby

ORDERED that the debtor is authorized to purchase and finance the vehicle described as:

Jeep Wrangler (or similar vehicle) from Santander Consumer USA Inc.

I ask for this:

/s/Richard J Oulton
Richard James Oulton

Counsel for Debtor

Seen and approved:

/s/ Robert E. Hyman
Robert E. Hyman
Chapter 13 Trustee


Entered on Docket _____

                                                    _____
                                                      U.S. Bankruptcy Judge


CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by electronic means or by mail first class a true accurate copy of the Order to Incur Debt to the Chapter 13 Trustee, and to all necessary parties on January 13, 2011.

                                                    /s/Richard J. Oulton
                                                    Richard J. Oulton
                                                    Counsel for Debtor

**PARTIES TO RECEIVE COPIES:**

Robert E. Hyman
PO Box 1780
Richmond, VA 23219

Santander Consumer USA Inc.
P.O. Box 652088 Suite 900
Dallas, TX 75247

Frank E. Smith
6576 Goodes Ferry Road
South Hill, VA 23970

The Debt Law Group, PLLC
111 Highland Drive
Colonial Heights, VA 23834